```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**IRIS INOA, ET AL.,**

             **Plaintiffs,**

    - against -

**PRESSLER, FELT & WARSHAW, LLP, ET AL.,**

             **Defendants.**

**20-cv-2594 (JGK)**

**ORDER**

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As stated at the initial conference held on June 10, 2020, the plaintiff will file an amended complaint by July 3, 2020. The time for both defendants to move or answer is July 17, 2020. If a motion is filed, no pre-motion conference is needed. The parties should follow Local Civil Rule 6.1 for the time to respond or reply.

    This case is referred to Magistrate Judge Netburn for purposes of settlement. In advance of the settlement discussions, the parties should exchange initial disclosures pursuant to Rule 26(a). The parties should report back to the Court after the conclusion of settlement discussions. If the discussions are unsuccessful, the parties should submit a Rule 26(f) report within 7 days of the conclusion of discussions.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 11, 2020**

                                          /s/ John G. Koeltl
                                         **John G. Koeltl**
                             **United States District Judge**