# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR    WWW.NEWYORKCONSUMERATTORNEY.COM    Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026    E-mail: ahmad@NewYorkConsumerAttorney.com    Fax: (877) 496-7809

July 6, 2020

<u>VIA ECF</u>
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.
> SO ORDERED.
>
> New York, NY    /s/ John G. Koeltl
> July 6, 2020    John G. Koeltl
>    U.S.D.J.

**Re: Motion to Seal Exhibit D [DE 31-4] to the First Amended Complaint [DE 31] and Replace with the Redacted Copy.**

***Yains Ynoa, et al. v. Midland Funding LLC, et al.*, No. 1:20-cv-02594-JGK**

Dear Judge Koeltl:

    The undersigned represent Plaintiffs Yainis Ynoa and Iris Inoa in this suit against Defendants for their violations of the Fair Debt Collection Practices Act, and for related claims.

    Plaintiff's counsel learned this morning that the version of Exhibit D [DE 31-4] to the First Amended Complaint [DE 31] that was uploaded on Friday, July 3, 2020, did not have the redactions we had inserted into the document. Attached to this letter is the correct copy of the exhibit with the redactions. We apologize for the error and request that the current Exhibit D [DE 31-4] be sealed and stricken from the record and the enclosed version of the exhibit be substituted.

Respectfully,

/s/

Ahmad Keshavarz

cc: all counsel (via ECF)

Enclosures as stated.