**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**IRIS INOA, ET AL.,**

              **Plaintiffs,**

                              **20-cv-2594 (JGK)**

    - against -

                              <u>**ORDER**</u>

**PRESSLER, FELT & WARSHAW, LLP, ET AL.,**

              **Defendants.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court granted the plaintiffs' motion to seal. Dkt. No. 33. The Clerk is respectfully directed to strike Dkt. No. 31-4 from the record but retain the summary docket text for the record and to file Dkt. No. 31-4 under seal. The Court notes that the plaintiffs have filed the redacted version of Dkt. No. 31-4 at Dkt. No. 32-1.

**SO ORDERED.**

**Dated:    New York, New York**
            **July 7, 2020**                          /s/ John G. Koeltl
                                                      **John G. Koeltl**
                                           **United States District Judge**